UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

---

DAVID MCCALL

           Plaintiff          CIVIL ACTION

v.

                                        No. 1:15-cv-01669-YK

HOME FOR THE FRIENDLESS
D/B/A HOMELAND CENTER

           Defendant

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed among all counsel listed below that this action, and all claims asserted herein including the counterclaim, are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each of the parties to this stipulation shall bear and pay their own costs and expenses heretofore incurred or to be incurred by each, respectively, in connection with the claims dismissed herein.

This stipulation is made this 27th day of June 2016.

By: */s/ Sarah R Lavelle*           By: */s/ Larry A. Weisberg*
Sarah R Lavelle, Esquire             Larry A. Weisberg, Esquire
Attorney I.D. No. 93383             McCarthy Weisberg Cummings, P.C.
Mancheski & Bunker                  2041 Herr Street
1600 JFK Blvd., Suite 500          Harrisburg, PA 17103-1624
Philadelphia, PA 19103